**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Benito AVILA–SALDANA,
Defendant–Appellant.**

No. 05–40232.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Nov. 9, 2005.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Molly E. Odom, Federal Public Defender's Office Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before DAVIS, SMITH, and DENNIS, Circuit Judges.

PER CURIAM: *

Benito Avila–Saldana appeals his guilty-plea conviction of illegal reentry into the United States after having been deported. Avila–Saldana argues that *Almendarez–Torres v. United States*, 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), has been undercut by later Supreme Court opinions, particularly *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). Thus, he argues that the "felony" and "aggravated felony" provisions of 8 U.S.C. § 1326(b) are unconstitutional. Avila–Saldana recognizes that relief is foreclosed · but states that he wishes to raise the issue for possible further review in the Supreme Court.

*Apprendi* did not overrule *Almendarez–Torres*. See *Apprendi*, 530 U.S. at 489–90, 120 S.Ct. 2348. We must follow the precedent set in *Almendarez–Torres* "unless and until the Supreme Court itself determines to overrule it." *United States v. Mancia–Perez*, 331 F.3d 464, 470 (5th Cir. 2003) (quotation marks and citation omitted). Therefore, Avila–Saldana's argument fails. See *id.* The judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.